STATE OF NEW JERSEY v. WILLIAM G. DOSS.

January 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL GENTILE.

January 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD APPLEGATE.

January 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOE WILLIE BROWN.

January 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. OSCAR MITCHELL.

January 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES R. BROCKINGTON.

January 16, 1974. Petition for certification denied.